UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAKESIDE ISC, L.L.C., a Washington Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>LAKESIDE TECHNOLOGIES, L.L.C., a Washington Limited Liability Company; LAKESIDE CAPITAL GROUP, L.L.C., a Washington Limited Liability Company; BORIS KERBIKOV, an individual; CARY GOUGE, an individual; RICHARD BARTLETT, an individual; and JOHN HEMMINGSON, an individual,<br><br>Defendants. | NO. CV-07-26-RHW<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS** |

Before the Court is the parties' Stipulated Motion to Dismiss (Ct. Rec. 51). The motion was heard without oral argument and on an expedited basis. The parties ask that all the claims against all parties be dismissed with prejudice and without costs.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Dismiss (Ct. Rec. 51) is **GRANTED**.

2. The above-captioned action is **DISMISSED** with prejudice and without award of costs to any party.

///

///

ORDER GRANTING STIPULATED MOTION TO DISMISS ~ 1

1  **IT IS SO ORDERED.** The District Court Executive is hereby directed to
2  enter this Order, furnish copies to counsel, and to **close the file**.
3  **DATED** this 31st day of July, 2007.

*s/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2007\Lakeside ISC\stip.dismiss.ord.wpd

ORDER GRANTING STIPULATED MOTION TO DISMISS ~ 2